

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

October 26, 2015

Scott Brown
One Museum Place
3100 West 7th St., Ste. 420
Fort Worth, TX 76107
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-15-00248-CR, 02-15-00249-CR,
                                        02-15-00250-CR, 02-15-00251-CR,
                                        02-15-00252-CR, 02-15-00253-CR

     Trial Court Case Number:   1323113D, 1323114D, 1344214D,
                                          1344215D, 1345864D, 1345865D

Style:   Joel Gaucin
        v.
        The State of Texas

The court reporter responsible for preparing the reporter's record in this appeal has informed this court that designation has not been made for the reporter's record. *See* Tex. R. App. P. 34.6(b)(1), 35.3(b)(2).

Please file your designation with the court reporter in accordance with Tex. R. App. P. 34.6(b)(1) on or before **Tuesday, November 10, 2015**, and provide this court with a copy of same.

Unless, by **Tuesday, November 10, 2015**, you designate to the court reporter and provide this court with proof of designation, the court may consider and decide those issues or points that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c).

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Bonnie Alexander, Deputy Clerk

cc:    Debra A. Windsor
       Assistant District Attorney
       401 W. Belknap St.
       Fort Worth, TX 76196-0201

       Hon. David C. Hagerman
       Judge, 297th District Court
       Tim Curry Criminal Justice Center
       401 W. Belknap, 5th Floor
       Fort Worth, TX 76196

       Court Reporter, 297th District Court
       Tim Curry Criminal Justice Center
       401 W. Belknap St.
       Fort Worth, TX 76196-0229